**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re: ROCKLINE VAC SYSTEMS, INC.    §    Case No. 17-21340-SMG
§
§
§
Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Scott N. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $608,872.82 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:   $379,517.81 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:   $245,714.00 | |

3) Total gross receipts of $625,231.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $625,231.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $295,222.36 | $379,081.42 | $370,882.92 | $370,882.92 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $245,714.00 | $245,714.00 | $245,714.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $897.43 | $897.43 | $897.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $347,697.92 | $745,668.80 | $745,668.80 | $7,737.46 |
| **TOTAL DISBURSEMENTS** | $642,920.28 | $1,371,361.65 | $1,363,163.15 | $625,231.81 |

4) This case was originally filed under chapter 7 on 09/06/2017, and it was converted to chapter 7 on 10/27/2017.  The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    08/13/2020

By: /s/ Scott N. Brown

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Payment for Abandon Records | 1249-000 | $200.00 |
| unscheduled water despoit refund | 1290-000 | $21.67 |
| pre-petition electric deposit | 1290-000 | $315.41 |
| Adv. Proc. 19-1181 Vs. Tutor Perini for unpaid A | 1249-000 | $11,102.80 |
| 2580 SW 32nd St Fort Lauderdale, FL 33312 | 1110-000 | $377,000.00 |
| Settlement with Weekley Asphalt Paving | 1229-000 | $53,379.78 |
| TD Bank Account | 1229-000 | $76,326.56 |
| Adv. Proc-19-1167 vs Capital One for Avoidance | 1249-000 | $16,500.00 |
| unscheduled water deposit refund | 1290-000 | $381.92 |
| deposit for real estate sale Bank Serial #: 0 | 1249-000 | $75,400.00 |
| unscheduled insurance refund | 1290-000 | $127.64 |
| Account Receivable | 1121-000 | $83,203.67 |
| 2010 Chevy Avalanche | 1129-000 | $6,800.00 |
| Sale deposit sent to Authorized by e-mail from UST - C. Sterbach on 6/13/18 Sent to closing agent for disbursement per HUD-1 and Sale Order (ECF 121) | 1249-000 | -$75,400.00 |
| unscheduled insurance refund Deposit check in the wrong case | 1290-000 | -$127.64 |
| **TOTAL GROSS RECEIPTS** | | **$625,231.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FINANCE, WELLS FARGO AUTO | 4220-000 | NA | $4,002.52 | $4,002.52 | $4,002.52 |
| 5 | Broward County, c/o Broward County Records, Taxes & Treasury Attn: Bankruptcy Section | 4700-000 | NA | $173.60 | $173.60 | $173.60 |
| 6 | Broward County, c/o Broward County Records, Taxes & Treasury Attn: Bankruptcy Section | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 11 | Financial Pacific Leasing, Inc. | 4110-000 | NA | $8,198.50 | $0.00 | $0.00 |
| 15 | People's United Equipment Finance Corp. | 4210-000 | NA | $35,000.00 | $35,000.00 | $35,000.00 |
| 18S | John M. Fernandez | 4220-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| 24 | ARCPE 1, LLC | 4110-000 | NA | $301,706.80 | $301,706.80 | $301,706.80 |
| N/F | Financial Pacific Leasing, Inc. | 4110-000 | $2,589.00 | NA | NA | NA |
| N/F | People's United Equipment Finance Corp | 4110-000 | $263,083.50 | NA | NA | NA |
| N/F | RH Fund XI, LLC | 4110-000 | $4,000.00 | NA | NA | NA |
| N/F | Stearns Bank, N.A. | 4110-000 | $6,997.14 | NA | NA | NA |
| N/F | Wells Fargo | 4110-000 | $16,537.72 | NA | NA | NA |
| N/F | Wells Fargo Advisers | 4110-000 | $2,015.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$295,222.36** | **$379,081.42** | **$370,882.92** | **$370,882.92** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Scott N. Brown | 2100-000 | NA | $34,511.59 | $34,511.59 | $34,511.59 |
| Trustee, Expenses - Scott N. Brown | 2200-000 | NA | $141.11 | $141.11 | $141.11 |
| Attorney for Trustee Fees - BAST AMRON LLP | 3110-000 | NA | $106,296.50 | $106,296.50 | $106,296.50 |
| Attorney for Trustee, Expenses - BAST AMRON LLP | 3120-000 | NA | $10,219.63 | $10,219.63 | $10,219.63 |
| Auctioneer Expenses - MOECKER AUCTIONS INC | 3620-000 | NA | $754.95 | $754.95 | $754.95 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Administrative Rent - MMA OPERATIONS INC | 2410-000 | NA | $1,567.40 | $1,567.40 | $1,567.40 |
| Costs to Secure/Maintain Property - AMERISURE INSURANCE | 2420-000 | NA | -$1,211.00 | -$1,211.00 | -$1,211.00 |
| Costs to Secure/Maintain Property - AMERISURE INSURANCO CO. | 2420-000 | NA | $12,423.01 | $12,423.01 | $12,423.01 |
| Costs to Secure/Maintain Property - AMERISURE MUTUAL INSURANCE COMPANY | 2420-000 | NA | $394.40 | $394.40 | $394.40 |
| Costs to Secure/Maintain Property - FPL | 2420-000 | NA | $1,342.43 | $1,342.43 | $1,342.43 |
| Costs re Sale of Property - MARKOWITZ RINGEL TRUSTY & HARTOG P. | 2500-000 | NA | $30,978.32 | $30,978.32 | $30,978.32 |
| Banking and Technology Service Fee - Reverses Adjustment OUT on 06/25/18 | 2600-000 | NA | -$90.38 | -$90.38 | -$90.38 |
| Banking and Technology Service Fee - UNION BANK | 2600-000 | NA | $3,160.27 | $3,160.27 | $3,160.27 |
| Chapter 7 Operating Case Expenses - BROWN & BROWN OF FLORIDA, INC | 2690-000 | NA | $825.04 | $825.04 | $825.04 |
| Other State or Local Taxes (post-petition) - MARKOWITZ RINGEL TRUSTY & HARTOG P. | 2820-000 | NA | $4,314.88 | $4,314.88 | $4,314.88 |
| Accountant for Trustee Fees (Other Firm) - KAPILAMUKAMAL, LLP | 3410-000 | NA | $35,734.00 | $35,734.00 | $35,734.00 |
| Accountant for Trustee Expenses (Other Firm) - KAPILAMUKAMAL, LLP | 3420-000 | NA | $396.35 | $396.35 | $396.35 |
| Appraiser for Trustee Fees - MOECKER AUCTIONS INC | 3711-000 | NA | $1,275.00 | $1,275.00 | $1,275.00 |

| | | | | | |
|---|---|---|---|---|---|
| Appraiser for Trustee Expenses - MOECKER AUCTIONS INC | 3712-000 | NA | $261.00 | $261.00 | $261.00 |
| Other Professional Expenses - MMA OPERATIONS INC | 3992-000 | NA | $1,044.50 | $1,044.50 | $1,044.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$245,714.00** | **$245,714.00** | **$245,714.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $897.43 | $897.43 | $897.43 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$897.43** | **$897.43** | **$897.43** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Reliable Parts & Supplies | 7100-000 | NA | $635.99 | $635.99 | $6.60 |
| 2 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | NA | $11,480.59 | $11,480.59 | $119.17 |
| 3 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | NA | $13,137.90 | $13,137.90 | $136.38 |
| 4 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | NA | $5,871.66 | $5,871.66 | $60.95 |
| 7 | Stearns Bank, N.A. | 7100-000 | NA | $35,815.25 | $35,815.25 | $371.77 |
| 9 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | NA | $13,611.40 | $13,611.40 | $141.29 |
| 10 | Capital One Bank (USA) N.A. | 7100-000 | NA | $10,639.38 | $10,639.38 | $110.44 |
| 12 | Caterpillar Financial Commercial Account Corporati | 7100-000 | NA | $5,731.90 | $5,731.90 | $59.50 |
| 13 | United Rentals (N.A.) c/o Catina Bennett | 7100-000 | NA | $2,243.36 | $2,243.36 | $23.29 |
| 14 | Manufactured Technologies Corporation | 7100-000 | NA | $31,857.36 | $31,857.36 | $330.69 |
| 16 | Jack Doheny Companies, Inc. | 7100-000 | $57,561.35 | $61,381.35 | $61,381.35 | $637.16 |
| 17 | Rausch Electronics USA LLC | 7100-000 | NA | $2,038.83 | $2,038.83 | $21.16 |
| 18U | John M. Fernandez | 7100-000 | NA | $500,000.00 | $500,000.00 | $5,190.15 |
| 19 | Sunshine Notices, Inc. | 7100-000 | NA | $2,141.99 | $2,141.99 | $22.23 |

| 20 | Tax Advisors | 7100-000 | NA | $3,965.00 | $3,965.00 | $41.16 |
|---|---|---|---|---|---|---|
| 21 | Jack Doheny Companies, Inc. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 22 | Amerisure Mutual Insurance Company | 7100-000 | NA | $11,329.62 | $11,329.62 | $117.61 |
| 23 | Clerk of the Court - Synchrony Bank c/o PRA Receivables Management, LLC | 7100-001 | NA | $100.00 | $100.00 | $1.04 |
| 25U | Balboa Capital Corporation | 7100-000 | NA | $22,599.32 | $22,599.32 | $234.59 |
| 26 | FPL, 9250 W. Flagler St. Miami FL 33174 | 7100-000 | NA | $766.40 | $766.40 | $7.96 |
| 27 | Glenn J. Waldman, Esq. Waldman Trigoboff Hildebrandt & Calnan, | 7100-000 | NA | $10,050.00 | $10,050.00 | $104.32 |
| 28 | City of Fort Lauderdale City Attorney's Office | 7200-000 | NA | $271.50 | $271.50 | $0.00 |
| N/F | Aero Hardware & Supply, Inc. | 7100-000 | $40.41 | NA | NA | NA |
| N/F | American Express 62003 | 7100-000 | $8,244.87 | NA | NA | NA |
| N/F | American Express- 12007 | 7100-000 | $10,936.57 | NA | NA | NA |
| N/F | American Express- 64005 65002 | 7100-000 | $824.40 | NA | NA | NA |
| N/F | American Express- 64009 | 7100-000 | $12,480.71 | NA | NA | NA |
| N/F | American Express- 91009 | 7100-000 | $5,756.29 | NA | NA | NA |
| N/F | Amerisure Mutual Insurance Company | 7100-000 | $5,664.81 | NA | NA | NA |
| N/F | Atlantic Radio Communications | 7100-000 | $212.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $8,385.55 | NA | NA | NA |
| N/F | Bank of America 7435 | 7100-000 | $15,841.55 | NA | NA | NA |

| N/F | Bank of America, N.A | 7100-000 | $2.62 | NA | NA | NA |
|-----|----------------------|----------|-------|----|----|----|
| N/F | Business Management Account | 7100-000 | $5,786.84 | NA | NA | NA |
| N/F | CAT Financial Commercial | 7100-000 | $404.71 | NA | NA | NA |
| N/F | Capital One (USA) 9030 New 0725 | 7100-000 | $4,511.56 | NA | NA | NA |
| N/F | Capital One Bank (USA) N.A. | 7100-000 | $1,731.94 | NA | NA | NA |
| N/F | Capital One-3636 | 7100-000 | $10,266.07 | NA | NA | NA |
| N/F | Ceridian | 7100-000 | $87.58 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $3,393.61 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $6,784.79 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $2,464.84 | NA | NA | NA |
| N/F | Comcast Business | 7100-000 | $333.28 | NA | NA | NA |
| N/F | Conexis WageWork | 7100-000 | $62.98 | NA | NA | NA |
| N/F | Contech Construction | 7100-000 | $523.97 | NA | NA | NA |
| N/F | E-INS Insurance Processing | 7100-000 | $3,433.00 | NA | NA | NA |
| N/F | GreatAmerica Financial Services Corp | 7100-000 | $861.76 | NA | NA | NA |
| N/F | Hoses Plus Inc. | 7100-000 | $598.54 | NA | NA | NA |
| N/F | John M.Fernandez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kauffs of Palm Beach Inc. 2 | 7100-000 | $363.28 | NA | NA | NA |
| N/F | Manufactured Technologies Corporation | 7100-000 | $48,769.00 | NA | NA | NA |
| N/F | McDonalds Hardware | 7100-000 | $222.60 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | PetroLiance LLC | 7100-000 | $1,457.40 | NA | NA | NA |
| N/F | Pitney Bowes Global Financial Services | 7100-000 | $140.33 | NA | NA | NA |
| N/F | Pitney Bowes, Inc. | 7100-000 | $235.51 | NA | NA | NA |
| N/F | Rausch | 7100-000 | $1,166.09 | NA | NA | NA |
| N/F | Ready Refresh | 7100-000 | $43.11 | NA | NA | NA |
| N/F | Reddy Ice | 7100-000 | $198.68 | NA | NA | NA |
| N/F | Reliable Parts & Supplies | 7100-000 | $269.47 | NA | NA | NA |
| N/F | Robert Sewell | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Snider Fleet Solutions | 7100-000 | $726.42 | NA | NA | NA |
| N/F | Sunbelt Rentals, Inc. | 7100-000 | $4,922.86 | NA | NA | NA |
| N/F | Sunshine Notices, Inc. | 7100-000 | $1,152.79 | NA | NA | NA |
| N/F | TCI Tire Centers, LLC #468 | 7100-000 | $900.20 | NA | NA | NA |
| N/F | Tax Advisors | 7100-000 | $5,965.00 | NA | NA | NA |
| N/F | U.S. Bancorp | 7100-000 | $29,089.64 | NA | NA | NA |
| N/F | United Rentals (N.A.) | 7100-000 | $3,898.18 | NA | NA | NA |
| N/F | Vacuum Truck Rentals | 7100-000 | $75,546.59 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $245.82 | NA | NA | NA |
| N/F | WageWorks | 7100-000 | $62.98 | NA | NA | NA |
| N/F | Wright Express | 7100-000 | $5,075.37 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$347,697.92** | **$745,668.80** | **$745,668.80** | **$7,737.46** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 17-21340-SMG

**Case Name:** ROCKLINE VAC SYSTEMS, INC.

**For Period Ending:** 08/13/2020

**Trustee Name:** (290010) Scott N. Brown

**Date Filed (f) or Converted (c):** 10/27/2017 (c)

**§ 341(a) Meeting Date:** 12/19/2017

**Claims Bar Date:** 03/19/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America Checking Account 5154 | 55,044.46 | 0.00 | | 0.00 | FA |
| 2 | Bank of america Payroll Account 5413 | 25,114.11 | 0.00 | | 0.00 | FA |
| 3 | Account Receivable | 758,404.04 | 1.00 | | 83,203.67 | FA |
| 4 | Office fixtures<br>Trustee's Notice of Abandonment (ECF 97) | 4,800.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2003 Safe Vac Truck<br>Trustee's Notice of Abandonment (ECF 85) | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | 2006 Vactor Truck<br>Trustee's Notice of Abandonment (ECF 85) | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2004 Vactor Truck<br>Trustee's Notice of Abandonment (ECF 85) | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2006 Grout TV Truck<br>Trustee's Notice of Abandonment (ECF 85) | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | 2000 Vactor Truck<br>Trustee's Notice of Abandonment (ECF 85) | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 2015 TV Camera Truck<br>Trustee's Notice of Abandonment (ECF 85) | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | 2010 Chevy Avalanche<br>Order Granting Application to Employ Eric Rubin (Re: #<br>82), Granting Motion to Sell Re: # 82, Granting Motion<br>For Payment (ECF 93) | 3,000.00 | 6,800.00 | | 6,800.00 | FA |
| 12 | 2000 Grout Truck (non-operational)<br>Trustee's Notice of Abandonment (ECF 85) | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | Lining Trailer System<br>Trustee's Notice of Abandonment (ECF 85) | 75,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | Machinery & Equipment<br>Trustee's Notice of Abandonment (ECF 97) | 130,914.25 | 0.00 | OA | 0.00 | FA |
| 15 | 2580 SW 32nd St Fort Lauderdale, FL<br>33312 | 381,820.00 | 377,000.00 | | 377,000.00 | FA |
| 16 | TD Bank Account (u) | 0.00 | 76,326.56 | | 76,326.56 | FA |
| 17 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 18 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Settlement with Weekley Asphalt Paving<br>(u)<br>Order Granting Trustee's Motion to approve Stipulation<br>for Compromise and Settlement (ECF 109) | 0.00 | 53,379.78 | | 53,379.78 | FA |
| 20 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 17-21340-SMG

**Case Name:** ROCKLINE VAC SYSTEMS, INC.

**For Period Ending:** 08/13/2020

**Trustee Name:** (290010) Scott N. Brown

**Date Filed (f) or Converted (c):** 10/27/2017 (c)

**§ 341(a) Meeting Date:** 12/19/2017

**Claims Bar Date:** 03/19/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | unscheduled water deposit refund (u) | 0.00 | 381.92 | | 381.92 | FA |
| 23 | pre-petition electric deposit (u) | 0.00 | 315.41 | | 315.41 | FA |
| 24 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 25 | unscheduled water despoit refund (u) | 0.00 | 21.67 | | 21.67 | FA |
| 26 | Adv. Proc. 19-1181 Vs. Tutor Perini for unpaid A (u) | 0.00 | 11,102.80 | | 11,102.80 | FA |
| 27 | Adv. Proc-19-1167 vs Capital One for Avoidance (u)<br>Claim | 0.00 | 30,015.00 | | 16,500.00 | FA |
| 28 | Payment for Abandon Records  (u)<br>Order Granting in Part Trustee's Motion for Authority to (1) Abandon, Destroy and/or Otherwise Dispose of the Debtor's Books, Records and Data; and (2) Incur and Pay reasonable Expenses in Connection with same 12/20/19 (ECF 198) | 0.00 | 200.00 | | 200.00 | FA |
| **28** | **Assets Totals (Excluding unknown values)** | **$1,752,096.86** | **$555,544.14** | | **$625,231.81** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  3

Case No.:  17-21340-SMG

Case Name:    ROCKLINE VAC SYSTEMS, INC.

For Period Ending:   08/13/2020

Trustee Name:   (290010) Scott N. Brown

Date Filed (f) or Converted (c):   10/27/2017 (c)

§ 341(a) Meeting Date:   12/19/2017

Claims Bar Date:   03/19/2018

**Major Activities Affecting Case Closing:**

Trustee, through counsel, is investigating recovery opportunities.

Converted from Chapter 11 to Ch 7 on 10/27/17 (ECF 34).

Chapter 7 Claims Bar Date - 3/19/18

Trustee employed KapilaMukamal as accountant, financial consultant and forensic consultant to, among other things, assist in analysis of potential claims (ECF Nos. 45 & 61).

Trustee employed Moecker as appraiser (ECF Nos. 47 & 62), but after extensive marketing, Trustee determined that there was no net value in Debtor's tangible personal property and abandoned same (see ECF Nos. 85 & 97).

Trustee retained Moecker Realty to market real property (Asset 15) and entered into agreement with secured creditor in connection with same (see ECF Nos. 79 & 91).

Trustee, through Moecker Realty, sold real property for $377,000, which resulted in a $40,000 carve-out to the Estate and satisfaction of secured creditor, ARCPE 1, LLC's claim against Estate (see Claim No. 24) and payment in full of secured tax claim (Claim No. 6)(ECF No. 121).

Trustee, through counsel, entered into settlement with secured creditor, PUEFC, for payment of $35,000 and waiver of any other claims (ECF Nos. 120 & 130).

Trustee entered into settlement with creditor John Fernandez - ECF No. 162

Trustee received payment due from Tutor Perini - Asset #26

Claims review complete

6/30/19 - Trustee filed complaint against Capital One on 5/31/19 - Asset #27 for avoidance claim. This is the final remaining recovery opportunity.

Trustee negotiated settlement with Capital One for $16,500 (see ECF Nos. 190 & 195). Payment received.

11/4/19 - Trustee filed Motion for Authority to Abandon, Destroy and Dispose of all Books, Records & Date in preparation for case closing (ECF 191). Hearing scheduled for 12/18/19.

Order entered on 12/20/19 at ECF No. 198.

Final tax return and prompt determination request filed.

Final fee applications filed.

Ready for TFR.

3/11/20 - Note - While final distributions to general unsecured creditors are relatively low and the administrative expenses incurred are relatively high, this was an extremely complex case to administer, and it should be noted that  creditors holding secured claims were paid in excess of  $365,000.

**Initial Projected Date Of Final Report (TFR):**   12/31/2019          **Current Projected Date Of Final Report (TFR):**    03/11/2020 (Actual)

# Form 2

**Exhibit 9**

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-21340-SMG | **Trustee Name:** Scott N. Brown (290010) |
| **Case Name:** | ROCKLINE VAC SYSTEMS, INC. | **Bank Name:** UNION BANK |
| **Taxpayer ID #:** | **-***7704 | **Account #:** ******9587 Checking Account |
| **For Period Ending:** | 08/13/2020 | **Blanket Bond (per case limit):** $52,222,000.00 |
| | | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/17/17 | {3} | DADE METRO LLC | Account Receivable | 1121-000 | 1,550.00 | | 1,550.00 |
| 11/17/17 | {3} | ROCK POWER PAVING, INC | Account Receivable | 1121-000 | 855.00 | | 2,405.00 |
| 11/17/17 | {16} | TD BANK, N.A. | Unscheduled proceeds from account | 1229-000 | 76,326.56 | | 78,731.56 |
| 11/20/17 | {3} | JOHNSON-DAVIS, INC | Account Receivable | 1121-000 | 601.50 | | 79,333.06 |
| 11/20/17 | 300001 | AMERISURE INSURANCO CO. | Order Granting Trustee's Ex Parte Motion for Authority to Pay Insurance Preminiums (ECF 56) | 2420-000 | | 8,282.02 | 71,051.04 |
| 11/28/17 | {3} | CDD, ORCHID GROVE | Account Receivable | 1121-000 | 1,200.00 | | 72,251.04 |
| 11/28/17 | {3} | TAYLOR LAND DEVELOPMENT, INC | Account Receivable | 1121-000 | 1,110.00 | | 73,361.04 |
| 11/28/17 | {3} | ROCK POWER PAVING, INC | Account Receivable | 1121-000 | 555.00 | | 73,916.04 |
| 11/28/17 | {3} | OPUSTONE, LLC | Account Receivable | 1121-000 | 555.00 | | 74,471.04 |
| 11/29/17 | 300002 | AMERISURE INSURANCO CO. | Order Granting Ex Parte Motion for Authority to Pay Insurance Premiums (ECF 56) | 2420-000 | | 4,140.99 | 70,330.05 |
| 12/06/17 | 300003 | MOECKER AUCTIONS INC | Order Granting Trustee Motion for Entry of Order Authorizing (1)Employment of Eric Rubin and Moecker Auctions, Inc As Appraiser Nunc Pro Tunc to November 3, 2017 and (2) Payment to Moecker For Same (ECF 62) Invoice # 17-166 | 3711-000 | | 1,275.00 | 69,055.05 |
| 12/06/17 | 300004 | MOECKER AUCTIONS INC | Order Granting Trustee Motion for Entry of Order Authorizing (1)Employment of Eric Rubin and Moecker Auctions, Inc As Appraiser Nunc Pro Tunc to November 3, 2017 and (2) Payment to Moecker For Same (ECF 62) Invoice # 17-166 | 3712-000 | | 261.00 | 68,794.05 |
| 12/14/17 | {3} | ROBINS & MORTON | Account Receivable | 1121-000 | 4,310.50 | | 73,104.55 |
| 12/14/17 | {3} | OAKMONT CUSTOM HOMES, LLC | Account Receivable | 1121-000 | 1,410.00 | | 74,514.55 |
| 12/21/17 | {3} | JOHN MORIARTY & ASSOCIATES OF | Account Receivable | 1121-000 | 6,402.50 | | 80,917.05 |
| 12/21/17 | {3} | DADELAND TOWERS NORTH ASSOCIATES LL | Account Receivable | 1121-000 | 2,550.00 | | 83,467.05 |
| 12/22/17 | {3} | JOHNSON-DAVIS, INC | Account Receivable | 1121-000 | 758.00 | | 84,225.05 |
| 12/26/17 | 300005 | AMERISURE MUTUAL INSURANCE COMPANY | Order Granting Trustee Ex Parte Motion for Authority to Pay Insurance Premiums (ECF 56) | 2420-000 | | 394.40 | 83,830.65 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.35 | 83,790.30 |
| 12/28/17 | {3} | EQUIPMENT, CENTRAL FLORIDA | Account Receivable | 1121-000 | 5,763.50 | | 89,553.80 |
| 12/29/17 | 300006 | FPL | Order Granting Trustee Ex Parte Motion for Authority to Incur and Pay Florida Power & Light Electric Bills Nunc Pro Tunc to Conversion Date 12/29/17 (ECF 70) | 2420-000 | | 256.65 | 89,297.15 |
| 01/04/18 | {3} | ROCK POWER PAVING, INC | Account Receivable | 1121-000 | 555.00 | | 89,852.15 |
| 01/04/18 | | AMERISURE INSURANCE | Refund of insurance premiums upon cancellation of policy | 2420-000 | | -1,211.00 | 91,063.15 |
| 01/04/18 | {3} | ROCK POWER PAVING, INC | Account Receivable | 1121-000 | 1,155.00 | | 92,218.15 |
| 01/04/18 | {3} | ROCK POWER PAVING, INC | Account Receivable | 1121-000 | 1,202.50 | | 93,420.65 |

**Page Subtotals:** **$106,860.06** **$13,439.41**

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

## Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 17-21340-SMG | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | ROCKLINE VAC SYSTEMS, INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***7704 | Account #: | ******9587 Checking Account |
| For Period Ending: | 08/13/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/11/18 | {3} | OPERATIONS MANAGEMENT INTERNATIONAL | Account Receivable | 1121-000 | 9,291.25 | | 102,711.90 |
| 01/16/18 | | NORMAN & COMPANY INC | unscheduled insurance refund | 1290-000 | 127.64 | | 102,839.54 |
| 01/16/18 | | Reverses Deposit # 20 | unscheduled insurance refund Deposit check in the wrong case | 1290-000 | -127.64 | | 102,711.90 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 114.52 | 102,597.38 |
| 01/29/18 | 300007 | FPL | Order Granting Trustee's Ex Parte Motion for Authority to Incur and Pay Florida Power & LIght Electric Bills Nunc Pro Tunc to Conversion Date (ECF No. 70) | 2420-000 | | 104.93 | 102,492.45 |
| 01/30/18 | {3} | PSI INC. CLEARING COMPANY | Accounts Receivable | 1121-000 | 2,975.00 | | 105,467.45 |
| 02/08/18 | 300008 | BROWN & BROWN OF FLORIDA, INC | Order Granting Trustee Ex Parte Motion for Authority to Pay Insurance Premiums (ECF 56) | 2690-000 | | 825.04 | 104,642.41 |
| 02/13/18 | 300009 | FPL | Order Granting Ex Parte Motion for Authority to Incur and Pay Florida Power & Light Electric Bills Nunc Pro Tunc to Conversation Date (ECF 70) | 2420-000 | | 350.00 | 104,292.41 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 147.17 | 104,145.24 |
| 02/28/18 | 300010 | FPL | Order Granting Trustee's Ex Parte Motion for Authority to Incur and Pay Florida Power & Light Electric Bills Nunc Pro Tunc to Conversion Date (ECF No. 70) | 2420-000 | | 115.94 | 104,029.30 |
| 03/06/18 | {3} | MIAMI-DADE COUNTY | Refund due to overpayment | 1180-000 | 1,937.06 | | 105,966.36 |
| 03/26/18 | 300011 | FPL | Order Granting Trustee's Ex Parte Motion for Authority to Incur and Pay Florida Power & LIght Electric Bills Nunc Pro Tunc to Conversion Date (ECF No. 70) | 2420-000 | | 156.12 | 105,810.24 |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 140.70 | 105,669.54 |
| 04/12/18 | {11} | MOECKER AUCTIONS INC | Auction proceeds Order Granting Application to Employ Eric Rubin (Re: # 82), Granting Motion to Sell Re: # 82, Granting Motion For Payment (ECF 93) | 1129-000 | 6,800.00 | | 112,469.54 |
| 04/16/18 | 300012 | FPL | Order Granting Trustee's Ex Parte Motion for Authority to Incur and Pay Florida Power & LIght Electric Bills Nunc Pro Tunc to Conversion Date (ECF No. 70) | 2420-000 | | 128.52 | 112,341.02 |
| 04/24/18 | 300013 | FINANCE, WELLS FARGO AUTO | Pay off Acct# ************0001 Order granting Trustee Motion (1) to Employ Auctioneer Nunc Pro Tunc to December 1, 2017; and (2) For Authority to (A) Conduct Public Auction of Vehicle, (B) Pay Lienholder and (C) Pay Auctioneer (ECF 93) | 4220-000 | | 4,002.52 | 108,338.50 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 156.88 | 108,181.62 |
| 05/01/18 | {19} | WEEKKLEY ASPHALT PAVING INC, | Order Granting Trustee's Expedited Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement (ECF 109) | 1229-000 | 53,379.78 | | 161,561.40 |

Page Subtotals: $74,383.09    $6,242.34

**Form 2**

Exhibit 9

**Cash Receipts And Disbursements Record**

Page: 3

| Case No.: | 17-21340-SMG | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | ROCKLINE VAC SYSTEMS, INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***7704 | Account #: | ******9587 Checking Account |
| For Period Ending: | 08/13/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/18 | 300014 | FPL | Order Granting Trustee's Ex Parte Motion for Authority to Incur and Pay Florida Power & LIght Electric Bills Nunc Pro Tunc to Conversion Date (ECF No. 70) | 2420-000 | | 112.99 | 161,448.41 |
| 05/15/18 | {3} | CONDOMINIUMS, COASTAL | Account Receivable | 1121-000 | 5,490.00 | | 166,938.41 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 156.96 | 166,781.45 |
| 05/30/18 | {3} | ODEBRECHT CONSTRUCTION, INC. | Final Waiver and Release | 1121-000 | 3,313.36 | | 170,094.81 |
| 06/04/18 | 300015 | MOECKER AUCTIONS INC | Order Granting Trustee Motion (1) to Employ Auctioneer Nunc Pro Tunc to December 1, 2017; and (2) For Authority to (A) Conduct Public auction of Vehicle, (B) Pay Lienholder and (C) Pay Auctioneer (ECF 93) | 3620-000 | | 754.95 | 169,339.86 |
| 06/07/18 | 300016 | FPL | Order Granting Trustee's Ex Parte Motion for Authority to Incur and Pay Florida Power & LIght Electric Bills Nunc Pro Tunc to Conversion Date (ECF No. 70) | 2420-000 | | 117.28 | 169,222.58 |
| 06/14/18 | | MARKOWITZ RINGEL TRUSTY & HARTOG P. | CARVE-OUT FOR REAL PROPERTY SALE Bank Serial #: 0 | | 40,000.00 | | 209,222.58 |
| | | | 2018 PRO-RATED REAL ESTATE TAXES -$4,314.88 | 2820-000 | | | |
| | | | CLOSING COSTS (SEE HUD-1) -$30,978.32 | 2500-000 | | | |
| | | ARCPE 1, LLC | PAYMENT TO SECURED CREDITOR ARCPE 1 -$301,706.80 | 4110-000 | | | |
| | {15} | MARKOWITZ RINGEL TRUSTY & HARTOG P. | CARVE-OUT FOR REAL PROPERTY SALE $377,000.00 | 1110-000 | | | |
| 06/18/18 | {22} | BROWARD COUNTY FLORIDA | unscheduled water deposit refund | 1290-000 | 381.92 | | 209,604.50 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 241.79 | 209,362.71 |
| 06/26/18 | {23} | FLORIDA POWER & LIGHT COMPANY | pre-petition electric deposit | 1290-000 | 315.41 | | 209,678.12 |
| 07/05/18 | 300017 | PEOPLE'S UNITED EQUIPMENT FINANCE | Order Granting Motion to Approve Stipulation to Compromise Controversy and Mutual General Release Between Trustee and People's United Equipment Finance Corp (ECF 130) | 4210-000 | | 35,000.00 | 174,678.12 |
| 07/16/18 | 300018 | BAST AMRON LLP | Order Approving First Interim Fee Application of Counsel for Chapter 7 Trustee (ECF 133) | 3110-000 | | 49,895.55 | 124,782.57 |
| 07/16/18 | 300019 | BAST AMRON LLP | Order Approving First Interim Fee Application of Counsel for Chapter 7 Trustee (ECF 133) | 3120-000 | | 2,570.09 | 122,212.48 |
| 07/16/18 | 300020 | KAPILAMUKAMAL, LLP | Order Approving First Interim Fee Application of Counsel for Chapter 7 Trustee (ECF 134) | 3410-000 | | 19,946.70 | 102,265.78 |
| 07/16/18 | 300021 | KAPILAMUKAMAL, LLP | Order Approving First Interim Fee Application of Counsel for Chapter 7 Trustee (ECF 134) | 3420-000 | | 107.39 | 102,158.39 |

Page Subtotals: $49,500.69  $108,903.70

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 17-21340-SMG | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | ROCKLINE VAC SYSTEMS, INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***7704 | Account #: | ******9587 Checking Account |
| For Period Ending: | 08/13/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 276.67 | 101,881.72 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 227.66 | 101,654.06 |
| 09/07/18 | {25} | BROWARD COUNTY | unscheduled water despoit refund | 1290-000 | 21.67 | | 101,675.73 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 151.37 | 101,524.36 |
| 10/10/18 | 300022 | MMA OPERATIONS INC | Order Granting Motion for Entry of Order Authorizing (1) Retention of Moecker Operations, Inc. Nunc Pro Tunc to June 10, 2018; and (2) Payment to Moecker for Same. (ECF 142) Invoice # 061418RLI | 2410-000 | | 771.40 | 100,752.96 |
| 10/10/18 | 300023 | MMA OPERATIONS INC | Order Granting Motion for Entry of Order Authorizing (1) Retention of Moecker Operations, Inc. Nunc Pro Tunc to June 10, 2018; and (2) Payment to Moecker for Same. (ECF 142) Invoice # 061018ROCK [June 10- July9] | 2410-000 | | 99.50 | 100,653.46 |
| 10/10/18 | 300024 | MMA OPERATIONS INC | Order Granting Motion for Entry of Order Authorizing (1) Retention of Moecker Operations, Inc. Nunc Pro Tunc to June 10, 2018; and (2) Payment to Moecker for Same. (ECF 142) Invoice # 071018ROCK [July10- August 9] | 2410-000 | | 99.50 | 100,553.96 |
| 10/10/18 | 300025 | MMA OPERATIONS INC | Order Granting Motion for Entry of Order Authorizing (1) Retention of Moecker Operations, Inc. Nunc Pro Tunc to June 10, 2018; and (2) Payment to Moecker for Same. (ECF 142) Invoice # 081018ROCK [August 10 - Sep 9] | 2410-000 | | 99.50 | 100,454.46 |
| 10/10/18 | 300026 | MMA OPERATIONS INC | Order Granting Motion for Entry of Order Authorizing (1) Retention of Moecker Operations, Inc. Nunc Pro Tunc to June 10, 2018; and (2) Payment to Moecker for Same. (ECF 142) Invoice # 091018ROCK [Sep 10 - Oct 9] | 2410-000 | | 99.50 | 100,354.96 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 146.19 | 100,208.77 |
| 11/26/18 | 300027 | CLERK OF THE COURT | FILLING FEE FOR ADVERSARY CASE 18-01459, 18-01460 & 10-01461 | 2700-000 | | 1,050.00 | 99,158.77 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 149.95 | 99,008.82 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 143.90 | 98,864.92 |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 147.11 | 98,717.81 |
| 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 146.89 | 98,570.92 |
| 03/08/19 | {3} | ASTALDI CONSTRUCTION CORPORATION | Account Receivable | 1121-000 | 29,663.50 | | 128,234.42 |
| 03/18/19 | 300028 | MMA OPERATIONS INC | Order Granting Trustee Motion for Entry of order Authorizing (1) Retention of Moecker Operations, Inc Nunc Pro Tunc to June 10,2018; and (2) Payment to Moecker for Same (ECF 142) [Storage costs for Oct, Nov, Dec & Jan] | 2410-000 | | 398.00 | 127,836.42 |
| 03/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 132.50 | 127,703.92 |
| 04/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 176.14 | 127,527.78 |
| 05/28/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 183.63 | 127,344.15 |

Page Subtotals: $29,685.17    $4,499.41

# Form 2

**Exhibit 9**

Page: 5

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-21340-SMG | |
| **Case Name:** | ROCKLINE VAC SYSTEMS, INC. | |
| **Taxpayer ID #:** | **-***7704 | |
| **For Period Ending:** | 08/13/2020 | |

| | | |
|---|---|---|
| **Trustee Name:** | Scott N. Brown (290010) | |
| **Bank Name:** | UNION BANK | |
| **Account #:** | ******9587 Checking Account | |
| **Blanket Bond (per case limit):** | $52,222,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/21/19 | {26} | TUTOR PERINI CORP | Adv. Proc. 19-1181 | 1249-000 | 11,102.80 | | 138,446.95 |
| 06/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 189.51 | 138,257.44 |
| 09/04/19 | 300029 | BAST AMRON LLP | Order Approving Second Interim Fee Application of Counsel for Chapter 7 Trustee 09/04/19 (ECF 183) | 3110-000 | | 32,605.60 | 105,651.84 |
| 09/04/19 | 300030 | BAST AMRON LLP | Order Approving Second Interim Fee Application of Counsel for Chapter 7 Trustee 09/04/19 (ECF 183) | 3120-000 | | 5,381.37 | 100,270.47 |
| 09/04/19 | 300031 | BROWARD COUNTY, C/O | Order Granting Trustee's Motion For Authority to Make Interim Distribution to Secured Creditors 09/04/19 (ECF 184) | 4700-000 | | 173.60 | 100,096.87 |
| 09/04/19 | 300032 | JOHN M. FERNANDEZ | Order Granting Trustee's Motion For Authority to Make Interim Distribution to Secured Creditors 09/04/19 (ECF 184) | 4220-000 | | 30,000.00 | 70,096.87 |
| 09/04/19 | 300033 | SCOTT N BROWN, TRUSTEE | Order Approving Trustee's First Application for Interim Compensation 09/04/19 (ECF 185) | 2100-000 | | 28,332.95 | 41,763.92 |
| 10/25/19 | | Metropolitan Commercial Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 41,763.92 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 271,531.81 | 271,531.81 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 41,763.92 | |
| **Subtotal** | 271,531.81 | 229,767.89 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $271,531.81 | $229,767.89 | |

# Form 2

Exhibit 9

Page: 6

# Cash Receipts And Disbursements Record

| Case No.: | 17-21340-SMG | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | ROCKLINE VAC SYSTEMS, INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***7704 | Account #: | ******5662 Checking Account |
| For Period Ending: | 08/13/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/07/18 | | CLIFF BERRY INC | deposit for real estate sale Bank Serial #: 0 | 1249-000 | 75,400.00 | | 75,400.00 |
| 06/13/18 | 0 | MARKOWITZ RINGEL TRUSTY + HARTOG, P | Sale deposit sent to closing agent for disbursement per HUD-1 and Sale Order (ECF 121) | 1249-000 | -75,400.00 | | 0.00 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 90.38 | -90.38 |
| 06/28/18 | | Reverses Adjustment OUT on 06/25/18 | BANK SERVICE FEE | 2600-000 | | -90.38 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-21340-SMG | |
| **Case Name:** | ROCKLINE VAC SYSTEMS, INC. | |
| **Taxpayer ID #:** | **-***7704 | |
| **For Period Ending:** | 08/13/2020 | |

| | |
|---|---|
| **Trustee Name:** | Scott N. Brown (290010) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8444 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/25/19 | | Union Bank | Wire From Former Bank | 9999-000 | 41,763.92 | | 41,763.92 |
| 11/11/19 | 101 | MMA OPERATIONS INC | Order Granting Trustee's Motion for Entry of Order Authorizing (1) Retention of Moecker Operations, Inc. Nunc Pro Tunc to June 10, 2018 and (2) Payment to Moecker for Same 8/29/18 (ECF 142) | 3992-000 | | 855.50 | 40,908.42 |
| 12/23/19 | {27} | Capital One Services, LLC | Settlement of Adv Proc 19-1167 | 1249-000 | 16,500.00 | | 57,408.42 |
| 12/23/19 | 102 | MMA OPERATIONS INC | Order Granting Trustee's Motion for Entry of Order Authorizing (1) Retention of Moecker Operations, Inc. Nunc Pro Tunc to June 10, 2018 and (2) Payment to Moecker for Same 8/29/18 (ECF 142) | 3992-000 | | 94.50 | 57,313.92 |
| 12/23/19 | 103 | MMA OPERATIONS INC | Order Granting Trustee's Motion for Entry of Order Authorizing (1) Retention of Moecker Operations, Inc. Nunc Pro Tunc to June 10, 2018 and (2) Payment to Moecker for Same 8/29/18 (ECF 142) | 3992-000 | | 94.50 | 57,219.42 |
| 12/31/19 | {28} | CROCS LLC | Order Granting in Part Trustee's Motion for Authority to (1) Abandon, Destroy and/or Otherwise Dispose of the Debtor's Books, Records and Data; and (2) Incur and Pay reasonable Expenses in Connection with same 12/20/19 (ECF 198) | 1249-000 | 200.00 | | 57,419.42 |
| 04/27/20 | 104 | KAPILAMUKAMAL, LLP | Distribution payment - Dividend paid at 72.91% of $396.35; Claim # ACCT EXP; Filed: $396.35; | 3420-000 | | 288.96 | 57,130.46 |
| 04/27/20 | 105 | KAPILAMUKAMAL, LLP | Distribution payment - Dividend paid at 44.18% of $35,734.00; Claim # ACCT FEE; Filed: $35,734.00; | 3410-000 | | 15,787.30 | 41,343.16 |
| 04/27/20 | 106 | BAST AMRON LLP | Distribution payment - Dividend paid at 22.19% of $10,219.63; Claim # ATTY EXP; Filed: $10,219.63; | 3120-000 | | 2,268.17 | 39,074.99 |
| 04/27/20 | 107 | BAST AMRON LLP | Distribution payment - Dividend paid at 22.39% of $106,296.50; Claim # ATTY FEE; Filed: $106,296.50; | 3110-000 | | 23,795.35 | 15,279.64 |
| 04/27/20 | 108 | Scott N. Brown | Distribution payment - Dividend paid at 17.90% of $34,511.59; Claim # FEE; Filed: $34,511.59; | 2100-000 | | 6,178.64 | 9,101.00 |
| 04/27/20 | 109 | Scott N. Brown | Distribution payment - Dividend paid at 100.00% of $141.11; Claim # TE; Filed: $141.11; | 2200-000 | | 141.11 | 8,959.89 |
| 04/27/20 | 110 | Office of the United States Trustee | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # ; Filed: $325.00; | 2950-000 | | 325.00 | 8,634.89 |
| 04/27/20 | 111 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $897.43; Claim # 8; Filed: $897.43; | 5800-000 | | 897.43 | 7,737.46 |
| 04/27/20 | 112 | Reliable Parts & Supplies | Distribution payment - Dividend paid at 1.04% of $635.99; Claim # 1; Filed: $635.99; | 7100-000 | | 6.60 | 7,730.86 |
| 04/27/20 | 113 | American Express Bank, FSB c/o Becket and Lee LLP | Distribution payment - Dividend paid at 1.04% of $11,480.59; Claim # 2; Filed: $11,480.59; | 7100-000 | | 119.17 | 7,611.69 |

**Page Subtotals:**     $58,463.92     $50,852.23

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 8

| | |
|---|---|
| **Case No.:** | 17-21340-SMG |
| **Case Name:** | ROCKLINE VAC SYSTEMS, INC. |
| **Taxpayer ID #:** | **-***7704 |
| **For Period Ending:** | 08/13/2020 |

| | |
|---|---|
| **Trustee Name:** | Scott N. Brown (290010) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8444 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/27/20 | 114 | American Express Bank, FSB c/o Becket and Lee LLP | Distribution payment - Dividend paid at 1.04% of $13,137.90; Claim # 3; Filed: $13,137.90. | 7100-000 | | 136.38 | 7,475.31 |
| 04/27/20 | 115 | American Express Bank, FSB c/o Becket and Lee LLP | Distribution payment - Dividend paid at 1.04% of $5,871.66; Claim # 4; Filed: $5,871.66; | 7100-000 | | 60.95 | 7,414.36 |
| 04/27/20 | 116 | Stearns Bank, N.A. | Distribution payment - Dividend paid at 1.04% of $35,815.25; Claim # 7; Filed: $35,815.25; | 7100-000 | | 371.77 | 7,042.59 |
| 04/27/20 | 117 | American Express Bank, FSB c/o Becket and Lee LLP | Distribution payment - Dividend paid at 1.04% of $13,611.40; Claim # 9; Filed: $13,611.40. | 7100-000 | | 141.29 | 6,901.30 |
| 04/27/20 | 118 | Capital One Bank (USA) N.A. | Distribution payment - Dividend paid at 1.04% of $10,639.38; Claim # 10; Filed: $10,639.38; | 7100-000 | | 110.44 | 6,790.86 |
| 04/27/20 | 119 | Caterpillar Financial Commercial Account Corporati | Distribution payment - Dividend paid at 1.04% of $5,731.90; Claim # 12; Filed: $5,731.90; | 7100-000 | | 59.50 | 6,731.36 |
| 04/27/20 | 120 | United Rentals (N.A.) c/o Catina Bennett | Distribution payment - Dividend paid at 1.04% of $2,243.36; Claim # 13; Filed: $2,243.36; | 7100-000 | | 23.29 | 6,708.07 |
| 04/27/20 | 121 | Manufactured Technologies Corporation | Distribution payment - Dividend paid at 1.04% of $31,857.36; Claim # 14; Filed: $31,857.36; | 7100-000 | | 330.69 | 6,377.38 |
| 04/27/20 | 122 | Jack Doheny Companies, Inc. | Distribution payment - Dividend paid at 1.04% of $61,381.35; Claim # 16; Filed: $61,381.35; | 7100-000 | | 637.16 | 5,740.22 |
| 04/27/20 | 123 | Rausch Electronics USA LLC | Distribution payment - Dividend paid at 1.04% of $2,038.83; Claim # 17; Filed: $2,038.83; | 7100-000 | | 21.16 | 5,719.06 |
| 04/27/20 | 124 | John M. Fernandez | Distribution payment - Dividend paid at 1.04% of $500,000.00; Claim # 18U; Filed: $500,000.00; | 7100-000 | | 5,190.15 | 528.91 |
| 04/27/20 | 125 | Sunshine Notices, Inc. | Distribution payment - Dividend paid at 1.04% of $2,141.99; Claim # 19; Filed: $2,141.99; | 7100-000 | | 22.23 | 506.68 |
| 04/27/20 | 126 | Tax Advisors | Distribution payment - Dividend paid at 1.04% of $3,965.00; Claim # 20; Filed: $3,965.00; | 7100-000 | | 41.16 | 465.52 |
| 04/27/20 | 127 | Amerisure Mutual Insurance Company | Distribution payment - Dividend paid at 1.04% of $11,329.62; Claim # 22; Filed: $11,329.62; | 7100-000 | | 117.61 | 347.91 |
| 04/27/20 | 128 | Clerk of the Court | Combined small dividends. | 7100-001 | | 1.04 | 346.87 |
| 04/27/20 | 129 | Balboa Capital Corporation | Distribution payment - Dividend paid at 1.04% of $22,599.32; Claim # 25U; Filed: $22,599.32; | 7100-000 | | 234.59 | 112.28 |
| 04/27/20 | 130 | FPL, 9250 W. Flagler St. Miami FL 33174 | Distribution payment - Dividend paid at 1.04% of $766.40; Claim # 26; Filed: $766.40; | 7100-000 | | 7.96 | 104.32 |
| 04/27/20 | 131 | Glenn J. Waldman, Esq. Waldman Trigoboff Hildebrandt & Calnan, | Distribution payment - Dividend paid at 1.04% of $10,050.00; Claim # 27; Filed: $10,050.00; | 7100-000 | | 104.32 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 58,463.92 | 58,463.92 | $0.00 |
| Less: Bank Transfers/CDs | 41,763.92 | 0.00 | |
| **Subtotal** | 16,700.00 | 58,463.92 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$16,700.00** | **$58,463.92** | |

| | | |
|---|---|---|
| { } Asset Reference(s) | **UST Form 101-7-TDR ( 10 /1/2010)** | ! - transaction has not been cleared |

Exhibit 9
Page:   9

## Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 17-21340-SMG |
| **Case Name:** | ROCKLINE VAC SYSTEMS, INC. |
| **Taxpayer ID #:** | **-***7704 |
| **For Period Ending:** | 08/13/2020 |

| | |
|---|---|
| **Trustee Name:** | Scott N. Brown (290010) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8444 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9587 Checking Account | $271,531.81 | $229,767.89 | $0.00 |
| ******5662 Checking Account | $0.00 | $0.00 | $0.00 |
| ******8444 Checking Account | $16,700.00 | $58,463.92 | $0.00 |
| | $288,231.81 | $288,231.81 | $0.00 |